UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOSEPH SCHIAVONE,

                         Plaintiff,                **ORDER**

        -against-                  25 Civ. 3345 (AEK)

TOWN OF ORANGETOWN,

                         Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The parties have consented to this Court's jurisdiction over all proceedings in this matter. ECF No. 23.  Pursuant to an order issued on August 11, 2025, the parties were to inform Judge Clarke whether they consented to a stay of discovery during the pendency of the motion to dismiss; otherwise they were to submit a proposed case management plan.  ECF No. 18.  The parties submitted a proposed case management plan, and Judge Clarke conducted an initial conference at which the parties expressed their intention to consent to this Court's jurisdiction. ECF No. 19; *see* Docket Sheet, Minute Entry dated 8/13/2025.  Judge Clarke never adopted the proposed case management plan.  It is therefore unclear how the parties prefer to proceed with respect to discovery pending the outcome of the motion to dismiss.

Accordingly, the parties must file a joint letter **by no later than September 3, 2025**, informing this Court whether they prefer to stay discovery or proceed with discovery while the motion to dismiss is pending.  If they prefer to proceed with discovery, then they must meet and confer regarding a proposed Civil Case Discovery Plan and Scheduling Order (the form for which may be found at https://nysd.uscourts.gov/hon-andrew-e-krause), and submit their

proposed Civil Case Discovery Plan and Scheduling Order to the Court as a proposed order via

ECF **by no later than September 10, 2025**.

Dated:  August 20, 2025
       White Plains, New York

                                                   **SO ORDERED.**

                                                   _____

                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge